JS - 6

Elizabeth Rosenfeld, CA Bar No. 106577
Email: rosenfeld@wkpyc.com
**WOHLNER KAPLON PHILLIPS YOUNG & CUTLER**
16501 Ventura Boulevard, Suite 304
Encino, California 91436
Telephone: (818) 501-8030 ext. 313
Fax: (818) 501-5306

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**
**(Western Division)**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS HEALTH AND WELFARE TRUST, etc., <br><br> Plaintiffs, <br><br> v. <br><br> RITE-WAY SYSTEMS, INC., a dissolved California corporation; BILL WADE HENDERSON; ROGER DEAN HENDERSON, <br><br> Defendants. | CASE NO. CV-09-8454 GAF (AGRx) <br><br> Judge Gary A. Feess <br> Courtroom 740 <br><br><br> **DEFAULT JUDGMENT BY COURT** <br><br> [Fed.R.Civ.P. 55(b); L.R. 55-1] |

The Application for Entry of Default Judgment of Plaintiffs Southern California Glaziers, Architectural Metal and Glass Workers Health and Welfare Trust; the Southern California, Arizona, Colorado, and Southern Nevada Glaziers, Architectural Metal and Glass Workers Pension Trust Fund ("Pension Trust Fund"); the Glaziers, Architectural Metal and Glass Workers Disability Trust; the Southern California Glass and Glazing Industry Trust Fund; the Southern California Glass Management and Glaziers, Architectural Metal and Glass Workers Local 636 Area Labor-Management Committee; and the Southern California Glaziers' Apprenticeship Training Trust (hereinafter collectively referred to as "Trust Funds") came before the Honorable Gary

1  A. Feess, Judge presiding in Courtroom 740 of the above-entitled Court.  The Court
2  having considered said Application, and all supporting papers filed in this matter, and
3  good cause appearing,

4      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs shall
5  have judgment against Defendants Rite-Way Systems, Inc., a dissolved California
6  corporation ("RWS"), and Bill Wade Henderson, an individual, as follows:   1   .
7      Contributions in the amount of **$6,185.44** for the months of May through
8      December, 2008 and February through April, 2009;
9    2.    Accrued interest in the total amount of **$2,386.84**;
10   3.    Liquidated damages in the amount of **$29,845.26**;
11   4.    The sum of **$108,631.00** pursuant to the Settlement Agreement for
12     settling the withdrawal liability obligations of Settling Employers to the
13     Pension Trust Fund, plus interest thereon at the rate of ten percent (10%)
14     per annum until paid in full;
15   5.    Attorneys' fees in the amount of **$6,540.97**;
16   6.    Costs in the amount of **$          .**
17     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendants
18 shall, within thirty days of the date of entry of this judgment:
19   A.    Make available to the Trust Funds all of the books and records
20     concerning the classification of the employees of RWS, their names,
21     social security numbers, the amount of wages paid to each, and the hours
22     worked, including, but not limited to individual payroll records; DE-3's
23     and DE-6's; general check disbursement records; canceled checks and
24     check stub registers; weekly time cards or time tickets; federal income
25     tax returns; California State Quarterly tax returns, Form 1099's and
26     1096's; W-2's, W-3's and W-4's; all employee earnings record cards;
27     general ledgers, cash receipts and cash disbursement journals; invoices
28     and back-up to cash disbursements and cash receipts; workers'

      compensation reports; copies of certified payroll records; copies of all contracts and subcontracts awarded to RWS, for the period of June 1, 2005 through May 30, 2009;

B. Afford to the Trust Funds both ample time and opportunity to examine all of the materials specified above, without harassment, at such time and at such place as shall be convenient to the authorized representative of the Trust Funds;

C. In the event Defendants cannot produce all of the records for the period of June 1, 2005 through May 30, 2009 which the Trust Funds are required to examine, Defendants are hereby be directed to:

    i. Apply to the federal and state agencies with which RWS previously filed periodic reports pertaining to employees for copies of the reports to them for all of the periods for which Defendants cannot produce records; and

    ii. Make available to the Trust Funds all such copies of RWS' periodic reports to the federal and state agencies under the conditions set forth in Paragraph B, above.

DATED: October 27, 2010

_____
HON. GARY A. FEESS
UNITED STATES DISTRICT JUDGE