Elizabeth Rosenfeld (CA Bar No.106577)
Email: erosenfeld@wkclegal.com
WOHLNER KAPLON CUTLER
HALFORD & ROSENFELD
A Professional Corporation
16501 Ventura Boulevard, Suite 304
Encino, California 91436
Telephone: (818) 501-8030 ext. 313
Fax: (818) 501-5306

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Western Division)

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA GLAZIERS ARCHITECTURAL METAL AND GLASS WORKERS HEALTH AND WELFARE TRUST; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA, ARIZONA, COLORADO, AND SOUTHERN NEVADA GLAZIERS ARCHITECTURAL METAL AND GLASS WORKERS PENSION TRUST FUND; BOARD OF TRUSTEES OF THE GLAZIERS ARCHITECTURAL METAL AND GLASS WORKERS DISABILITY TRUST; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA GLASS AND GLAZING INDUSTRY TRUST FUND; SOUTHERN CALIFORNIA GLASS MANAGEMENT AND GLAZIERS ARCHITECTURAL METAL AND GLASS WORKERS LOCAL 636 AREA LABOR-MANAGEMENT COMMITTEE; BOARD OF TRUSTEES OF THE SOTHERN CALIFORNIA GLAZIERS' APPRENTICESHIP TRAINING TRUST; GLAZIERS ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 636, <br><br>                Plaintiffs, <br><br>       v. | Case No. 09-cv-08454-GAF (ARGx) <br><br> **RENEWAL OF JUDGMENT BY CLERK** |

---

RENEWAL OF JUDGMENT BY CLERK - 1

| | |
|---|---|
| 1 | RITE-WAY SYSTEMS, INC., a dissolved California corporation; BILL WADE HENDERSON; ROGER DEAN HENDERSON, |
| 2 | |
| 3 | Defendant. |
| 4 | |

THE JUDGMENT DEBTOR, RITE-WAY SYSTEMS, INC., a dissolved California corporation; BILL WADE HENDERSON; ROGER DEAN HENDERSON, having judgment entered against them on October 28, 2010:

Now, upon the application of BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA GLAZIERS ARCHITECTURAL METAL AND GLASS WORKERS HEALTH AND WELFARE TRUST; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA, ARIZONA, COLORADO, AND SOUTHERN NEVADA GLAZIERS ARCHITECTURAL METAL AND GLASS WORKERS PENSION TRUST FUND; BOARD OF TRUSTEES OF THE GLAZIERS ARCHITECTURAL METAL AND GLASS WORKERS DISABILITY TRUST; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA GLASS AND GLAZING INDUSTRY TRUST FUND; SOUTHERN CALIFORNIA GLASS MANAGEMENT AND GLAZIERS ARCHITECTURAL METAL AND GLASS WORKERS LOCAL 636 AREA LABOR-MANAGEMENT COMMITTEE; BOARD OF TRUSTEES OF THE SOTHERN CALIFORNIA GLAZIERS' APPRENTICESHIP TRAINING TRUST; GLAZIERS ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 636 ("Plaintiff") and upon declaration that Defendants have failed to pay the total amount of said judgment; and that Defendants are indebted to Plaintiff.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment against Defendant, RITE-WAY SYSTEMS, INC., a dissolved California corporation; BILL WADE HENDERSON; ROGER DEAN HENDERSON,

RENEWAL OF JUDGMENT BY CLERK - 2

be renewed in the amount of $157,347.40 which is broken down as follows:

    a.    Unpaid Contributions ……………………………………$6,185.44

    b.    Liquidated Damages....................................................$29,845.26

    c.    Interest........................................................................$2,386.84

    d.    Attorneys' Fees............................................................$6,540.97

    e.    Settlement Agreement................................................$108,631.00

    f.    Costs.................................................................................$715.00

    g.    Interest after judgment computed from
October 29, 2010 through June 21, 2019. …………........…..….$133,319.58

    GRAND TOTAL.............................................................$287,624.09

Further, it is hereby ordered that Defendants:

    A.    Make available to the Trust funds all of the books and records concerning the classification of the employees of RWS, their names, social security numbers, the amount of wages paid to each, and the hours worked, including, but not limited to individual payroll records; DE-3's and DE-6's, general check disbursement records, cancelled checks and check stub registers; weekly time cards or time tickets; federal income tax returns; California State Quarterly tax return, Form 1099's and 1096's; W2's, W3's and W4's; all employee earnings record cards; general ledgers, cash receipts and cash disbursement journals; invoices and back-up to cash disbursements and cash receipts; workers' compensation reports; copies of certified payroll records; copies of all contracts and subcontracts awarded to RWS, for the period of June 1, 2005 through May 30, 2009;

    B.    Afford to the Trust Funds both ample time and opportunity to examine all of the materials specified above, without harassment, at such time and at such place as shall be convenient to the authorized representative of the Trust Funds.

1        C. In the event Defendants cannot produce all of the records for the period of June 1, 2005 through May 30, 2009 which the Trust Funds are required to examine, Defendants are hereby be directed to:

         1. Apply to the federal and state agencies with which RWS previously filed periodic reports pertaining to employees for copies of the defendant's reports to them for all of the periods for which defendant cannot produce records; and

         2. Make available to the Trust Funds all such copies of RWS' periodic reports to the federal and state agencies under the conditions set forth in Paragraph B, above.

DATED: July 1, 2019

*Sharon Hall Brown*
DEPUTY CLERK

KIRY K. GRAY, CLERO OF COURT
UNITED STATES DISTRICT COURT